UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:   CHAPTER 13 CASE

Mark Langenwalter   CASE NO. 09-37689
Elaine D Langenwalter

ORDER

Debtor(s).

_____

The above entitled matter came before the court on the motion of US Bank N.A. its successors and/or assigns (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated May 07, 2003, executed by Mark Langenwalter and Elaine D Langenwalter husband and wife , recorded on May 13, 2003, as Document No. 2003 33726, covering real estate located in Black Hawk County, Minnesota, legally described as follows, to wit:

Lot 22 in Turkey Foot Heights Black Hawk County Iowa

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: February 22, 2010

/e/ Dennis D. O'Brien
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/22/2010*
Lori Vosejpka, Clerk, by DLR